# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### Form 24. Motion for Appointment of Counsel

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form24instructions.pdf*

**9th Cir. Case Number(s)** | 25 - 6037

**Case Name** | LESLIE JOY MINTZ, MD V. NORTH

**Lower Court or Agency Case Number** | 2:24-CV-05494

1. My name is | LESLIE JOY MINTZ, MD

2. I am asking the court to appoint an attorney to help me with this case.

3. My fee status is as follows *(select one)*:

   ○ The district court or this court granted my motion to proceed in forma pauperis.

   ○ I filed a motion to proceed in forma pauperis but the court has not yet ruled on the motion.

   ◉ This motion is accompanied by a motion to proceed in forma pauperis.

   ○ I paid the filing fees for this case. However, I cannot afford an attorney for the following reasons:

4. Is this a civil appeal or petition for review?   ◉ Yes   ○ No

   If yes, attach an additional page(s) describing the issues on appeal.

My current mailing address

7007 TYRONE AVE.

City | VAN NUYS | State | CA | Zip Code | 91405

Prisoner Inmate or A Number (if applicable) |

**Signature** | Leslie Joy Mintz MD | **Date** | 9/29/25

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 24 | *New 12/01/2018*