# UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

**Leslie Joy Mintz, MD,**
Plaintiff–Appellant,

v.

**Northwestern Mutual Life Insurance Company,**
Defendant–Appellee.

---

Case No. 25-6037

## TRANSCRIPT ORDER FORM (FORM 7)

---

## Appellant/Petitioner Information

Leslie Joy Mintz, MD
7007 Tyrone Ave.
Van Nuys, CA 91405
Phone: (805) 280-6386
Email: ciriusproblem@icloud.com

Counsel: [Request for appointment of counsel pending]

---

## Appellee/Respondent

Northwestern Mutual Life Insurance Company

District Court Case No.: 2:24-cv-05494-MRA-MAAx (C.D. Cal.)

---

**Hearing Dates for Transcript Requested**

March 10, 2025 — Hearing before Hon. Monica Ramirez Almadani (dismissal and related motions).

---

**Transcript Status**

**Other — explanation below**

A motion under 28 U.S.C. § 753(f) for transcripts at government expense was filed in the District Court on **September 17, 2025** and remains pending. I have attempted to order the transcript of the March 10, 2025 hearing directly from the court reporter's office by phone and email, but my contacts have not been returned. The transcript is essential to this appeal. I have offered to pay personally, but until the District Court rules on my § 753(f) motion or the reporter responds, the transcript remains pending.

---

**Signature**

/s/ Leslie Joy Mintz, MD
Date: September 29, 2025