UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

Leslie Joy Mintz, M.D., Appellant

v.

Northwestern Mutual Life Insurance Company, Appellee

Case No. 25-6037

**MOTION / LETTER REQUEST FOR PROMPT RULING ON PENDING IFP APPLICATION**

To the Clerk of the Court and the Honorable Judges of the Ninth Circuit:

Appellant Leslie Joy Mintz, M.D., pro se, respectfully requests that the Court issue a ruling on her previously filed Motion to Proceed In Forma Pauperis in the above-captioned appeal.

1The Notice of Appeal was transmitted from the United States District Court for the Central District of California (Case No. 2:24-cv-05494-MRA), and this appeal

was docketed under Ninth Circuit Case No. 25-6037.  On September 28 2025, Appellant submitted Form 4 and the required financial affidavit.  As of today's date, no ruling has been entered.

The Court's Scheduling Order sets Appellant's Opening Brief due December 9, 2025.  A prompt ruling on the pending IFP application is necessary to clarify Appellant's fee status and allow preparation of the Opening Brief and Excerpts of Record without procedural uncertainty.

Accordingly, Appellant respectfully requests that the Court issue a ruling on the pending Motion to Proceed In Forma Pauperis or advise if any supplemental information is required to complete the record.

Thank you for your consideration.

Respectfully submitted,
/s/Leslie Joy Mintz, MD
7007 Tyrone Ave.
Van Nuys, CA. 91405

2