**Appeal No. 25-6037**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

**LESLIE JOY MINTZ, M.D.**

*Plaintiff and Appellant,*

*v.*

**NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY**

*Defendant and Appellee.*

---

Appeal from United States District Court
Central District of California
Hon. Monica Ramirez Almadani
U.S. District Court Case No. 2:24-cv-055494-MRA-MAA

---

**DEFENDANT-APPELLEE'S REPLY IN SUPPORT OF MOTION TO
DISMISS APPEAL PURSUANT TO FRAP RULE 4(a)(A) AND 28 U.S.C.
§ 2107(a)**

---

**BURKE, WILLIAMS & SORENSEN, LLP**
Edith Sanchez Shea
eshea@bwslaw.com
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
213.236.0600

Attorneys for Defendant-Appellee,
The Northwestern Mutual Life Insurance Company

4917-6290-4951 v1

Defendant-Appellee The Northwestern Mutual Life Insurance Company ("Northwestern") hereby submits its Reply to the Opposition of Leslie Joy Mintz, M.D. ("Mintz") to Northwestern's Motion to Dismiss Appeal Pursuant to Federal Rule of Appellate Procedure 4(a)(A) and 28 U.S.C. § 2107(a)

## I.

## <u>THE LATE APPEAL MUST BE DISMISSED</u>

Mintz does not (and cannot) dispute that the district court entered judgment on June 13, 2025, and that her appeal was not filed until September 16, 2025. In other words, although appeals are only permitted within thirty days, Mintz filed her appeal ninety-five days after the entry of final judgment. FRAP 4(a)(A). Accordingly, this court lacks jurisdiction over Mintz's untimely appeal. 28 U.S.C. § 2l07(a); *Bowles v. Russell*, 551 U.S. 205, 214 (2007); *see also*, *McNeil v. Gittere*, 150 F.4th 1205 (9th Cir. 2025).

## II.

## <u>MINTZ'S OPPOSITION FAILS</u>

Mintz appears to argue that she is entitled to an extension of time pursuant to FRAP 4(a)(6). That argument fails for several reasons. First, relief pursuant to FRAP 4(a)(6) must be sought from the district court. Second, Mintz's own statement shows that she received timely notice of the entry of district court's final judgment and she would therefore be unable to establish any basis for relief.

4917-6290-4951 v1

1

Specifically, Mintz states that she "discovered the dismissal by checking PACER on June 20, 2025 . . . ," seven days after the entry of judgment. (Mintz's Opposition at page 4; See also, Exhibit B to Declaration of Edith Sanchez Shea In Support Of Motion, "Shea Dec.", Mintz's June 20, 2025 email to counsel for Northwestern discussing the Court's June 13, 2025 entry of judgment.) Finally, the evidence shows that Mintz was served with the final judgment when it was entered on June 13, 2025 (Shea Dec., Exhibit A), and Mintz's evidence in support of the Opposition fails to prove that she did not receive notice.

### III.

### CONCLUSION

For the foregoing reasons, Northwestern respectfully requests that its motion be granted and that Mintz's untimely appeal be dismissed.

Dated:  November 4, 2025          BURKE, WILLIAMS & SORENSEN, LLP


By:      *s/ Edith Sanchez Shea*
Edith Sanchez Shea
Attorneys for Defendant-Appellee
The Northwestern Mutual Life Insurance
Company

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 15. Certificate of Service for Electronic Filing

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form15instructions.pdf*

**9th Cir. Case Number(s)** | 25-6037

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are <u>NOT</u> Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address):*

Leslie Joy Mintz, M.D.
Plaintiff-Appellant, Pro Se
7007 Tyrone Ave.
Van Nuys, CA 91405
Email: ciriusproblem@icloud.com

**Description of Document(s)** *(required for all documents)*:

Defendant-Appellee's Reply in Support of Motion to Dismiss Appeal Pursuant to FRAP Rule 4(a)(A) and 28 U.S.C. Section 2107(a)

**Signature** | *s/ Edith Sanchez Shea* | **Date** | November 4, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 15**                                                                    *Rev. 12/01/2018*
4931-8708-1335 v1