LESLIE JOY MINTZ, M.D.
7007 Tyrone Ave
Van Nuys, CA 91405
Tel: 805-280-6386
Email: ciriuspproblem@icloud.com
Appellant, Pro Se

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Case No. 25-6037

LESLIE JOY MINTZ, M.D.,

Plaintiff–Appellant,

v.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, et al.,

Defendants–Appellees.

APPELLANT'S OPPOSITION TO APPELLEES' MOTION TO DISMISS

APPEAL

(Responding to Dkt. 10, filed November 4, 2025)

Appellant Leslie Joy Mintz, M.D. respectfully submits this Opposition to

Appellees' Motion to Dismiss Appeal. Appellees' motion misapplies the rules

governing appellate jurisdiction, mischaracterizes the procedural record, and

overlooks controlling Ninth Circuit precedent requiring liberal construction of pro

se filings. The motion should be denied.

1

## I. INTRODUCTION

Appellees argue that this appeal is untimely and frivolous. That is incorrect. Appellant filed a Notice of Appeal following the district court's June 13, 2025 dismissal with prejudice, pursued relief under Federal Rule of Appellate Procedure 4(a), and consistently demonstrated intent to appeal. The record reflects filing irregularities and access barriers outside Appellant's control, including delayed docket postings and reassignment-related inconsistencies.

The issues raised on appeal — including improper dismissal with prejudice of a detailed pro se complaint without meaningful leave to amend — are substantial, reviewable, and far from frivolous. Ninth Circuit precedent disfavors dismissal at this stage where jurisdiction is at least debatable and where a self-represented litigant has acted diligently.

## II. THE APPEAL WAS TIMELY AND JURISDICTION IS PROPER

Final judgment was entered on June 13, 2025. Appellant filed a Notice of Appeal and sought relief under FRAP 4(a)(5). Ninth Circuit authority requires that filings by pro se litigants be construed liberally in favor of preserving appellate rights. Dismissal is not warranted where, as here, Appellant:

clearly intended to appeal;

acted within a plausible timeframe for invoking FRAP 4; and

encountered documented filing and access barriers.

Under Prudential Lines v. Chevron, ambiguities must be resolved in favor of jurisdiction. Appellees have not established the "clear lack of jurisdiction" required for dismissal.

## III. THE DISMISSAL WITH PREJUDICE OF A PRO SE COMPLAINT IS A REVIEWABLE ERROR

Appellant's First Amended Complaint alleged detailed facts concerning:

fraud in a long-term disability contract;

mishandling of benefit determinations;

identity-related irregularities;

reliance on distorted or incorrect records; and

procedural misconduct affecting Appellant's rights.

The district court dismissed with prejudice without granting meaningful leave to amend. Ninth Circuit cases — including Lopez v. Smith, Harris v. Amgen, and Balistreri v. Pacifica Police Department — hold that dismissal with prejudice of a pro se complaint is reversible error unless amendment would be futile. There was no finding of futility, nor any factual basis for one.

Whether the district court erred in dismissing with prejudice is itself a substantial appellate question that defeats Appellees' motion.

## IV. APPELLEES MISSTATE THE RECORD AND OVERSIMPLIFY APPELLANT'S CLAIMS

Appellees attempt to characterize the underlying complaint as incoherent. The record demonstrates otherwise. Appellant alleged coherent and legally relevant facts involving:

contractual misrepresentation;

benefit underpayments and irregularities;

identity and documentation errors directly affecting benefits;

administrative actions that undermined fair adjudication.

These are fact-intensive and cannot be resolved through a jurisdictional motion.

## V. DUE PROCESS CONSIDERATIONS WEIGH AGAINST SUMMARY DISMISSAL

The district court disposed of the case without addressing certain filings, without permitting amendment, and without resolving procedural irregularities that impeded Appellant's access to the record. Dismissing the appeal at this stage would effectively shield those irregularities from review.

The Ninth Circuit has long recognized that due process requires allowing full briefing where the record presents significant procedural concerns.

## VI. CONCLUSION

4

Appellees have not shown that the Court lacks jurisdiction or that the appeal is frivolous. The appeal raises multiple substantial issues appropriate for appellate review.

For these reasons, Appellees' Motion to Dismiss Appeal (Dkt. 10) should be denied.

Dated: November 16, 2025

Respectfully submitted,

/s/ Leslie Joy Mintz, M.D.
Leslie Joy Mintz, M.D.
7007 Tyrone Ave
Van Nuys, CA 91405
Tel: 805-280-6386
Email: ciriuspproblem@icloud.com
Appellant, Pro Se


DECLARATION OF LESLIE JOY MINTZ, M.D.

I, Leslie Joy Mintz, M.D., declare:

I am the Appellant in this matter.

I timely pursued appellate rights following the district court's dismissal with prejudice.

I experienced significant difficulties with electronic filing access, delayed docket postings, and reassignment-related inconsistencies outside my control.

My First Amended Complaint raised detailed and legitimate factual allegations concerning fraud, disability benefit misconduct, identity irregularities, and procedural violations.

I was not afforded a meaningful opportunity to amend before the district court dismissed my case with prejudice.

My appeal raises substantial, reviewable issues and is not frivolous.

Appellees' motion misrepresents both the procedural record and the substance of my claims.

I submit this declaration in support of my Opposition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2025, in Van Nuys, California.

/s/ Leslie Joy Mintz, M.D.
Leslie Joy Mintz, M.D.
7007 Tyrone Ave
Van Nuys, CA 91405
Tel: 805-280-6386
Email: ciriuspproblem@icloud.com
Appellant, Pro Se

CERTIFICATE OF SERVICE

I certify that on November 16, 2025, I filed the following documents with the Clerk of the United States Court of Appeals for the Ninth Circuit via EDSS:

Opposition to Appellees' Motion to Dismiss Appeal

Declaration of Leslie Joy Mintz, M.D.

I further certify that all registered participants will be served electronically by the

CM/ECF system.

Dated: November 16, 2025

/s/ Leslie Joy Mintz, M.D.
Leslie Joy Mintz, M.D.
7007 Tyrone Ave
Van Nuys, CA 91405
Tel: 805-280-6386
Email: ciriuspproblem@icloud.com
Appellant, Pro Se