**Appeal No. 25-6037**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

**LESLIE JOY MINTZ, M.D.**

*Plaintiff and Appellant,*

*v.*

**NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY**

*Defendant and Appellee.*

---

Appeal from United States District Court
Central District of California
Hon. Monica Ramirez Almadani
U.S. District Court Case No. 2:24-cv-055494-MRA-MAA

---

**OBJECTION TO APPELLANT'S SECOND OPPOSITION TO
APPELLEE'S MOTION TO DISMISS APPEAL**

---

**BURKE, WILLIAMS & SORENSEN, LLP**
Edith Sanchez Shea
eshea@bwslaw.com
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
213.236.0600

Attorneys for Appellee The Northwestern Mutual Life Insurance Company

4901-6876-8890 v1

Defendant-Appellee The Northwestern Mutual Life Insurance Company ("Northwestern") objects to the further opposition (or sur-reply) filed by Plaintiff-Appellant Leslie Joy Mintz, M.D. ("Mintz") to Northwestern's Motion to Dismiss Appeal Pursuant to FRAP Rule 4(a)(A) and 28 U.S.C. § 2107(a).

Northwestern filed its motion on October 14, 2025 [6.1], seeking to dismiss Plaintiff's late appeal, for lack of jurisdiction. (Final Judgment was entered on June 13, 2025 and Mintz's appeal was filed on September 16, 2025.) Mintz opposed the motion on October 27, 2025 [8.1] and Northwestern filed its reply on November 4, 2025 [10.1]. There is no basis or support for the further filing by Mintz with respect to Northwestern's motion to dismiss and it is respectfully submitted that Mintz's further filing should be rejected and not considered. FRAP 27. Mintz raises no new facts or argument that could not have been included in her opposition.

Dated:  November 20, 2025          BURKE, WILLIAMS & SORENSEN, LLP


By:    *s/ Edith Sanchez Shea*
Edith Sanchez Shea
Attorneys for Appellee Northwestern
Mutual Life Insurance Company

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form15instructions.pdf*

**9th Cir. Case Number(s)** | 25-6037

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are __NOT__ Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address):*

Leslie Joy Mintz, M.D.
Plaintiff-Appellant, Pro Se
7007 Tyrone Ave.
Van Nuys, CA 91405
Email: ciriusproblem@icloud.com

**Description of Document(s)** *(required for all documents)*:

OBJECTION TO APPELLANT'S SECOND OPPOSITION TO APPELLEE'S MOTION TO DISMISS APPEAL

**Signature** | *s/ Edith Sanchez Shea* | **Date** | November 20, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 15**                                                                 *Rev. 12/01/2018*
4916-1790-0666 v1