UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Leslie Joy Mintz, M.D.,

Plaintiff–Appellant,

v.

Northwestern Mutual Life Insurance Company,

Defendant–Appellee.

Case No.: 25-6037

MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Plaintiff–Appellant Leslie Joy Mintz, M.D., appearing pro se, respectfully moves this Court for a 30-day extension of time to file the Opening Brief. The brief is currently due December 9, 2025.

Good Cause Exists for the Requested Extension

Appellant has been ill with a prolonged gastrointestinal influenza-type illness beginning shortly after receiving a flu vaccination on November 11, 2025. The illness has resulted in significant fatigue, abdominal distress, and two emergency department visits. These symptoms have materially impaired Appellant's ability to prepare the Opening Brief despite diligent efforts.

Additionally, Appellant was required to relocate unexpectedly on December 2, 2025, from 7007 Tyrone Avenue to 7316 Kraft Ave., North Hollywood, CA 91605, further disrupting the ability to complete the brief by the current deadline.

1

Appellant has now filed the required Change of Address forms in both the District Court and the Ninth Circuit, and has filed amended IFP Applications in both courts. Appellant is working diligently to complete the Opening Brief but cannot reasonably do so by December 9 given documented illness and relocation.

Requested Relief

Appellant respectfully requests:

A 30-day extension, making the new deadline January 8, 2026; or

Such other relief as the Court deems proper.

This request is made in good faith and not for the purpose of delay.

Dated: December 7, 2025

Respectfully submitted,

/s/ Leslie Joy Mintz, M.D.
Leslie Joy Mintz, M.D.
Pro Se Appellant
7316 Kraft Ave.
North Hollywood, CA 91605
Phone: 805-280-6386
Email: ciriusproblem@icloud.com