United States Court of Appeals for the Ninth Circuit

Case No. 25-6037

Leslie Joy Mintz, M.D.,

Plaintiff–Appellant

v.

Northwestern Mutual Life Insurance Company,

Defendant–Appellee

Corrected Application to Proceed In Forma PauperisMD,

December 6, 2025

To the Clerk of the Court:

I, Leslie Joy Mintz, MD, respectfully submit this corrected Application to Proceed In Forma Pauperis. I previously filed an IFP application at the outset of this appeal. This filing updates my financial information and reflects material changes in my circumstances.

Updated Income Information:

Between August and November 2025, I earned a total of $700 for intermittent caregiving work performed during this period. This represents all income received during those months. I have had no income since then and remain unable to pay the filing fees associated with this appeal.

Current Financial Hardship:

I recently became ill after receiving a flu vaccination on November 11, 2025. One

week later I developed a severe gastrointestinal illness that lasted nearly three weeks and required two emergency room visits. During this time, I was unable to work, travel, or prepare filings. My condition remains unresolved and significantly limits my ability to function and generate income.

Recent Forced Relocation:

On December 3, 2025, due to unsafe and unstable housing conditions, I was required to relocate from 7007 Tyrone Avenue to my new address at 7316 Kraft Ave, North Hollywood, CA 91605. This unplanned move resulted in additional expenses and further financial strain.

Overall Ability to Pay Fees:

I do not have sufficient income or savings to pay the appellate docketing fee. I rely on limited resources, and the combination of illness, moving expenses, ongoing medical needs, and inconsistent income makes payment impossible without foregoing basic necessities.

Good-Faith Basis for Appeal:

My appeal raises significant and non-frivolous issues regarding fraud, breach of contract, denial of benefits, constitutional due process, and judicial error in the District Court's dismissal of my case. This appeal is brought in good faith and not for any improper purpose.

For these reasons, I respectfully request that the Court grant this corrected

Application to Proceed In Forma Pauperis and allow the appeal to proceed without

prepayment of fees.

Respectfully submitted,

Leslie Joy Mintz, M.D.

7316 Kraft Ave

North Hollywood, CA 91605

Phone: 805-280-6386

Email: ciriusproblem@icloud.com