UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

Leslie Joy Mintz, M.D.,

Plaintiff–Appellant,

v. Case No. 25-6037

Northwestern Mutual Life Insurance Company,

Defendant–Appellee.

NOTICE OF CHANGE OF ADDRESS

Date: December 6, 2025

To the Clerk of the Court:

Please take notice that my mailing address, email address, and telephone number have changed. I respectfully request that all future correspondence, orders, and filings in this matter be sent to the updated contact information listed below.

New Address:
Leslie Joy Mintz, M.D.
7316 Kraft Ave
North Hollywood, CA 91605

Telephone: 805-280-6386

Email: ciriusproblem@icloud.com

I respectfully request that the docket be updated to reflect this change of contact information.

/s/Leslie Joy Mintz, M.D.
Plaintiff–Appellant, Pro Se