NOTICE OF CHANGE OF ADDRESS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

Leslie Joy Mintz, M.D.,

Plaintiff–Appellant,

v.

Northwestern Mutual Life Insurance Company,

Defendant–Appellee.

Case No. 25-6037

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Plaintiff–Appellant Leslie Joy Mintz, M.D.,

proceeding pro se, hereby notifies the Court of a change in her mailing address.

The new address, effective immediately, is:

Leslie Joy Mintz, M.D.

14435 Sherman Way, Suite 104, PMB 42

Van Nuys, CA 91405

Telephone: (805) 280-6386

Email: ciriusproblem@icloud.com

Plaintiff–Appellant respectfully requests that all future correspondence and service

be sent to the address listed above.

Dated: January 3, 2026

Respectfully submitted,


/s/Leslie Joy Mintz, M.D.

Plaintiff–Appellant, Pro Se