UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

Leslie Joy Mintz, M.D.,

Appellant,

v.

Northwestern Mutual Life Insurance Company,

Appellee.

Ninth Circuit Case No.: 25-6037

SUPPLEMENTAL MOTION FOR LEAVE TO PROCEED IN FORMA

PAUPERIS ON APPEAL

TO THE COURT:

Appellant Leslie Joy Mintz, M.D., respectfully submits this Supplemental Motion

for Leave to Proceed In Forma Pauperis ("IFP") on appeal. This motion is

submitted to supplement prior IFP submissions and to clarify Appellant's current

financial circumstances and procedural posture.

I. PROCEDURAL BACKGROUND

Appellant timely filed a Notice of Appeal from the judgment and related orders of

the United States District Court.

Appellant submitted her Opening Brief, which has been accepted and filed by this Court, as reflected in Ninth Circuit docket entry 17 dated January 13, 2026, stating that the Opening Brief filed at docket entry 16 is filed and that briefing remains stayed.

Briefing remains stayed pending resolution of the appellate filing fee or Appellant's IFP status.

Appellant files this Supplemental Motion to ensure the Court has a complete and current record regarding her inability to pay the appellate filing fee.

## II. FINANCIAL CIRCUMSTANCES

Appellant is a disabled individual whose long-term disability benefits were terminated by Appellee Northwestern Mutual in or about April 2022.

As a direct and foreseeable consequence of the termination of benefits and subsequent housing instability, Appellant experienced repeated forced moves and displacement, resulting in the loss of substantially all personal property.

Appellant lost vital records, transportation, furniture, and household belongings during this period of repeated displacement and instability.

Appellant currently has no steady income, apart from SSI, no meaningful assets, and no realistic ability to pay the appellate filing fee without foregoing basic necessities.

Appellant's financial circumstances have worsened since the district court proceedings due to continued housing instability and lack of resources.

## III. GOOD-FAITH BASIS FOR APPEAL

This appeal is taken in good faith and presents non-frivolous issues of law and procedure, including issues related to disability benefits, procedural irregularities, and the downstream consequences of the termination of benefits.

Appellant has demonstrated diligence and seriousness in prosecuting this appeal by timely filing her Opening Brief despite severe personal, medical, and financial hardship.

## IV. REQUEST FOR RELIEF

WHEREFORE, Appellant respectfully requests that the Court grant leave to proceed in forma pauperis on appeal, or in the alternative, issue such further order as the Court deems appropriate to allow this appeal to proceed on the merits.

Respectfully submitted,

Date: January 14, 2026

/s/Leslie Joy Mintz, M.D.
Appellant, Pro Se
14435 Sherman Way
Suite 104  PMB 42
Van Nuys, CA. 91405
805 280 6386
ciriusproblem@icloud.com