UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LESLIE JOY MINTZ, M.D.,

Plaintiff–Appellant,

v.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

Defendant–Appellee.

Case No.: 25-6037


NOTICE OF CHANGE OF ADDRESS


TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Plaintiff–Appellant Leslie Joy Mintz, M.D.,

appearing pro se, hereby notifies the Court and all parties of a change in mailing

address.


PRIOR ADDRESS

14435 Sherman Way, Suite 104

PMB 42

Van Nuys, CA 91405

NEW ADDRESS (EFFECTIVE IMMEDIATELY)

2556 Purvis Drive

Burbank, CA 91504

Appellant respectfully requests that all future correspondence, notices, and filings

be sent to the new address listed above.

Appellant further requests that the Clerk update the Court's records accordingly.

CONTACT INFORMATION (UNCHANGED)

Telephone: 805-280-6386

Email: ciriusproblem@iCloud.com

Dated: March 22, 2026

Respectfully submitted,

/s/ Leslie Joy Mintz, M.D.
Leslie Joy Mintz, M.D.
Pro Se Appellant

CERTIFICATE OF SERVICE

I certify that on this date, I served a copy of this Notice of Change of Address on all parties or their counsel of record via the Court's electronic filing system or by U.S. Mail where required.

Dated: March 22, 2026

/s/ Leslie Joy Mintz, M.D.