March 22, 2026

Clerk of the Court
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

Re: Mintz v. Northwestern Mutual Life Insurance Company

Case No. 25-6037

URGENT: PACER ACCESS DENIED – APPELLANT UNABLE TO VIEW

DOCKET

Dear Clerk:

I am the Plaintiff–Appellant in the above-referenced matter, proceeding pro se.

I am submitting for filing today the following documents:

Notice of Change of Address

Motion for Immediate Relief Under FRAP 27 and FRAP 24

I respectfully advise the Court that I am currently locked out of the PACER system

due to an outstanding balance exceeding $400, while my application to proceed in

forma pauperis remains pending.

As a result, I am unable to access the docket, review filings, determine deadlines,

or electronically file documents. This has materially impaired my ability to

participate in my appeal and respond to any activity in this case.

Accordingly, I am submitting these documents in paper form and respectfully

request that the Clerk:

Accept and file the enclosed documents;

Update my address of record immediately;

Note in the docket that Appellant currently lacks PACER access due to financial constraints pending IFP determination; and

Ensure that all notices and correspondence are sent to my updated mailing address.

I appreciate the Court's attention to this urgent matter.

Respectfully submitted,

/s/ Leslie Joy Mintz, M.D.
Leslie Joy Mintz, M.D.
Pro Se Appellant
2556 Purvis Drive
Burbank, CA 91504
Telephone: 805-280-6386
Email: ciriusproblem@iCloud.com