UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

Leslie Joy Mintz, M.D.,

Plaintiff-Appellant,

v.

The Northwestern Mutual Life Insurance Company,

Defendant-Appellee.

Case No. 25-6037

SUPPLEMENTAL NOTICE REGARDING FAILURE OF NOTICE, ADDRESS

DISCREPANCY, AND IMPAIRMENT OF ACCESS TO COURT

Plaintiff-Appellant Leslie Joy Mintz, M.D., appearing pro se, respectfully submits

this Supplemental Notice to clarify and expand upon previously raised concerns

regarding lack of notice and impaired access to court proceedings.

1. Failure to Receive Court Communications (District Court and Ninth Circuit)

   Plaintiff has not received email confirmations, notices, or other communications

from the District Court following recent filings, including filings that would

1

ordinarily generate electronic notice. This lack of communication extends to the present appeal, where Plaintiff has not received reliable confirmation of docket activity from the Ninth Circuit.

2. Inability to Access Appellate Docket (PACER Lockout)

Plaintiff is currently unable to access PACER due to a financial lockout. As a result, Plaintiff has no independent means of reviewing the Ninth Circuit docket, verifying filings, or confirming whether notices have been issued. This creates a complete barrier to monitoring the status of the appeal.

3. Combined Effect

The combination of:

* lack of email confirmations from the District Court,

* absence of reliable notice of docket activity, and

* inability to access PACER

has resulted in Plaintiff being effectively unable to determine what has been filed, what orders have issued, or what deadlines may apply.

4. Resulting Prejudice

These conditions materially impair Plaintiff's ability to participate in the litigation, respond to filings, and comply with court-imposed deadlines. Without

access to docket information or reliable notice, Plaintiff is unable to meaningfully proceed with this appeal.

5. Request for Clarification and Relief

Plaintiff respectfully requests that the Court:

a. Confirm Plaintiff's current address and email on file;

b. Confirm whether recent filings, notices, or orders have been issued in this matter;

c. Ensure that Plaintiff receives all future communications through available means; and

d. Grant any relief the Court deems appropriate to prevent prejudice resulting from lack of notice and inability to access the docket, including adjustment of deadlines if necessary.

Plaintiff submits this Notice in good faith to ensure the integrity of the record and to preserve her ability to participate in these proceedings.

Dated: March 31, 2026

Respectfully submitted,

/s/Leslie Joy Mintz, M.D.
Plaintiff-Appellant, Pro Se
2556 Purvis Dr.
Burbank, CA. 91504
Telephone: 805-280-6386
Email: [ciriusproblem@icloud.com](mailto:ciriusproblem@icloud.com)

3