UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

Case No. 25-6037

LESLIE JOY MINTZ, M.D.,

Plaintiff-Appellant,

v.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

Defendant-Appellee.

APPELLANT'S AMENDED EMERGENCY MOTION FOR TRANSCRIPT AT

GOVERNMENT EXPENSE PURSUANT TO 28 U.S.C. § 753(f)

EMERGENCY FILING — CIRCUIT RULE 27-3

## I. INTRODUCTION

Plaintiff-Appellant Leslie Joy Mintz, M.D., appearing pro se, respectfully moves this Court on an emergency basis pursuant to 28 U.S.C. § 753(f) and Circuit Rule 27-3 for an order directing that the transcript of the district court proceedings conducted on March 10, 2025 be prepared and provided to Appellant at government expense. Appellant's Motion to Proceed In Forma Pauperis has been pending in this Court since September 29, 2025. Emergency relief is warranted because briefing deadlines are approaching and the transcript is the evidentiary foundation of this appeal. This appeal presents substantial, non-frivolous issues warranting full appellate review.

1

## II. APPELLANT CANNOT AFFORD THE TRANSCRIPT

Appellant is a disabled orthopedic spine surgeon with specialized training in pediatric orthopedics and spine surgery whose disability is the subject of this litigation. She is without financial resources sufficient to pay for the transcript. Her IFP application has been pending before this Court since September 29, 2025, and remains unresolved. The government must bear this cost under 28 U.S.C. § 753(f) when IFP is pending and the appeal is not frivolous.

## III. THE APPEAL IS NOT FRIVOLOUS AND PRESENTS SUBSTANTIAL QUESTIONS

This appeal raises the following substantial and non-frivolous questions:

1. Whether Appellee Northwestern Mutual Life Insurance Company failed to pay Appellant all disability benefits properly owed under her policy, in an amount estimated at approximately $1.5 million, as supported by Appellant's sworn testimony at the district court proceeding of March 10, 2025.

2. Whether Appellant was denied meaningful access to the district court proceedings due to the denial of her in forma pauperis applications and PACER access limitations that materially impaired her ability to prosecute her claims and meet filing deadlines.

3. Whether procedural irregularities in the underlying district court proceedings affected the fairness and outcome of those proceedings.

## IV. THE TRANSCRIPT IS NECESSARY

2

The March 10, 2025 proceeding contains sworn testimony that is the evidentiary foundation of this appeal, including testimony establishing the monthly benefit underpayment of approximately $9,860 and the total estimated damages of approximately $1.5 million. Without this transcript, Appellant cannot effectively brief these issues for the Court's review. No other record of that testimony exists that is accessible to Appellant. The urgency of obtaining this transcript cannot be overstated — without it, Appellant is unable to meet her appellate briefing obligations.

## V. RECENT MEDICAL FINDINGS CONFIRM THE NON-FRIVOLOUS NATURE OF APPELLANT'S DISABILITY CLAIM

Dr. Joel Beckett, a fellowship-trained spine surgeon, recently evaluated Appellant and confirmed severe cervical degenerative disease at C6-C7 with clinically significant bilateral upper extremity weakness. These findings, now incorporated into Appellant's medical record, are consistent with and corroborate the disability that is the subject of this appeal.

## VI. CONCLUSION

For the foregoing reasons, Appellant respectfully requests that this Court treat this motion as an emergency, certify that this appeal is not frivolous, that the transcript of the March 10, 2025 proceedings is necessary to decide the issues presented, and that the cost of that transcript be paid by the United States pursuant to 28 U.S.C. § 753(f).

Respectfully submitted,

/s/Leslie Joy Mintz
Pro Se Appellant
2556 Purvis Dr.
Burbank, CA 91504
Dated: May 17, 2026

CERTIFICATE OF FILING

I hereby certify that the foregoing motion was filed with the Clerk of the United

States Court of Appeals for the Ninth Circuit on May 17, 2026.

Leslie Joy Mintz, M.D.