UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 28 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| LESLIE JOY MINTZ, M.D., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, <br><br> Defendant - Appellee. | No. 25-6037 <br><br> D.C. No. 2:24-cv-05494-MRA-MAA <br> Central District of California, Los Angeles <br><br> ORDER |

Before: FRIEDLAND and BADE, Circuit Judges.

The motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 6) is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The district court directed the clerk to treat the June 13, 2025 dismissal order as an entry of judgment under Central District of California Local Rule 58-6. The parties must address in the briefs whether the district court's application of Local Rule 58-6 in the June 13, 2025 order satisfied the separate document requirement of Federal Rule of Civil Procedure 58. *See In re Bonham*, 229 F.3d 750, 760 n.3 (9th Cir. 2000) (time to appeal does not start running until judgment is set forth in

a separate document and entered by the clerk); Fed. R. App. P. 4(a)(7)(A)(ii) (time to appeal begins to run 150 days after entry of final order that is not properly entered as a separate judgment); Fed. R. Civ. P. 58(b)(1)(C) (requiring separate entry of judgment when court denies all relief); *see also Demaree v. Pederson*, 887 F.3d 870, 877 (9th Cir. 2018) (per curiam).

The motion to proceed in forma pauperis (Docket Entry Nos. 3, 9, 14, 19, 24) is granted.

The motion for appointment of pro bono counsel (Docket Entry No. 4) is denied.

The motion for production of transcripts at government expense (Docket Entry Nos. 5, 29) is denied.

The motion for injunctive relief (Docket Entry Nos. 20, 28) is denied. *See Feldman v. Ariz. Sec'y of State*, 843 F.3d 366, 367 (9th Cir. 2016) ("The standard for evaluating an injunction pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction."); *see also Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (defining standard for preliminary injunction in district court).

The motion for extension of time to file the opening brief (Docket Entry No. 13) is denied as unnecessary.

25-6037

Appellant's opening brief has been filed. Appellant may file a supplemental opening brief by July 2, 2026 addressing the application of Local Rule 58-6. The answering brief is due August 3, 2026. The optional reply brief is due 21 days after the answering brief is served.

Appellant is not required to submit excerpts of record. If appellant does not submit excerpts, appellee must submit all documents cited in the pro se opening briefs or otherwise required by the rules. *See* 9th Cir. R. 30-1.

No motions to reconsider, clarify, or modify this order will be entertained.

25-6037