Molly C. Dwyer, Clerk

United States Court of Appeals for the Ninth Circuit

No. 25-6037

LESLIE JOY MINTZ, M.D.,

Plaintiff-Appellant,

v.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

Defendant-Appellee.

Appeal from the United States District Court

for the Central District of California

Case No. 2:24-cv-05494-MRA-MAA

MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL OPENING

BRIEF

Appellant Leslie Joy Mintz, M.D., proceeding pro se and in forma pauperis,

respectfully moves for a 14-day extension of time, up to and including July 16,

2026, to file the supplemental opening brief authorized by this Court's May 28,

2026 order.

In its May 28, 2026 order, the Court denied without prejudice appellee's motion to

dismiss for lack of jurisdiction, granted Appellant's motion to proceed in forma

pauperis, denied the motions for appointment of counsel, transcripts at government

1

expense, and injunctive relief, and stated that Appellant may file a supplemental opening brief by July 2, 2026 addressing whether the district court's application of Central District of California Local Rule 58-6 satisfied the separate-document requirement of Federal Rule of Civil Procedure 58. The order further states that the answering brief is due August 3, 2026.

This motion concerns only the deadline for the optional supplemental opening brief. Appellant's opening brief has already been filed, as noted in the Court's order.

Appellant underwent major cervical spinal surgery on June 10, 2026 and is still in the immediate postoperative recovery period. Because of postoperative pain, medication effects, limited stamina, and impaired ability to sit and concentrate for sustained periods, Appellant is temporarily unable to prepare an adequate supplemental brief by July 2, 2026. The supplemental issue identified by the Court requires extensive and focused research and careful analysis of Federal Rule of Civil Procedure 58, Federal Rule of Appellate Procedure 4(a)(7)(A)(ii), Central District of California Local Rule 58-6, and the authorities cited in the Court's order.

Appellant requests a brief 14-day extension, through July 16, 2026, so that she may recover sufficiently to prepare a coherent and useful supplemental submission addressing the jurisdictional and Rule 58 issues the Court specifically directed the parties to brief. This request is made in good faith and not for purposes of delay.

Granting this limited extension will not unduly prejudice Appellee. The current answering-brief deadline is August 3, 2026, and a short extension to July 16, 2026 would still leave time for Appellee to address any supplemental arguments in the answering brief or for the Court to adjust the schedule if it deems necessary.

Appellant understands that the May 28, 2026 order states that no motions to reconsider, clarify, or modify that order will be entertained. This motion does not seek reconsideration of any ruling in that order. Appellant does not seek reconsideration of the denial of counsel, transcripts, injunctive relief, or any other ruling. Appellant seeks only a short extension of the deadline for the optional supplemental opening brief due to a significant medical circumstance arising during the present briefing period, namely recent spinal surgery and immediate postoperative limitations.

Appellant has been frequently mislead, given that she is proceeding without counsel or coherent "informal" legal advice. A short extension would provide a

minimal and reasonable accommodation for temporary Physical and mental limitations and would assist Appellant in presenting the narrow Rule 58 issue identified by the Court in a more coherent fashion.

WHEREFORE, Appellant respectfully requests that the deadline for filing the supplemental opening brief be extended from July 2, 2026 to July 16, 2026.

Dated: June 15, 2026

Respectfully submitted,

/s/Leslie Joy Mintz, M.D.
Plaintiff-Appellant, Pro Se
2556 Purvis Drive
Burbank, CA 91504
Telephone: 805-280-6386
Email: ciriusproblem@icloud.com