UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LESLIE JOY MINTZ, M.D.,

      Plaintiff - Appellant,

  v.

NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

      Defendant - Appellee.

No. 25-6037

D.C. No.
2:24-cv-05494-MRA-MAA
Central District of California,
Los Angeles

ORDER

This Court is in receipt of a filing entitled "APPELLANT'S MOTION FOR RETROACTIVE PACER FEE EXEMPTION OR OTHER APPROPRIATE ADMINISTRATIVE RELIEF." This Court issued an order on April 1, 2026, granting Appellant an exemption from Pacer fees associated with this appeal in this court through issuance of the mandate. This court cannot grant similar exemptions on behalf of other courts. Therefore, this motion is denied without prejudice to appellant making individual exemption motions directly with any court from whom she seeks such relief.

          FOR THE COURT:

          MOLLY C. DWYER
          CLERK OF COURT