UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LESLIE JOY MINTZ, M.D.,

Plaintiff - Appellant,

v.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

Defendant - Appellee.

No. 25-6037

D.C. No. 2:24-cv-05494-MRA-MAA
Central District of California,
Los Angeles

ORDER

The motion (Docket No. 41) for an extension of time to file the supplemental opening brief is granted.

The supplemental opening brief is due September 25, 2026. The answering brief is due October 26, 2026. The optional reply brief is due 21 days after the answering brief is served.

The motion (Docket Entry No. 42) for an extension of time to file the answering brief is unnecessary.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT